IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRANCH BANKING and TRUST COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | CIVIL ACTION NO. |
| **v.** | ) | 2:14cv397-MHT |
| | ) | (WO) |
| **ROBERT L. MCCULLAR, JR., et al.,** | ) ) ) | |
| **Defendants.** | ) | |

**JUDGMENT**

Upon consideration of plaintiff's notice of dismissal without prejudice (doc. no. 10) pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of June, 2016.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**